United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                              :    Chapter 13
JOHN E  KOCHEL

Debtor(s)                                           :    Bankruptcy No.  0330889

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this      day of              , 2003 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that   LINDA K.  YERGER              counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

_____
Hon. Bruce I. Fox
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119

Counsel for Debtor(s)

LINDA K.   YERGER
125 NORTH HANOVER STREET

POTTSTOWN   PA   19464


Debtor(s)

JOHN E   KOCHEL

1638 YARNELL ROAD
POTTSTOWN   PA   19464