```
                      UNITED STATES BANKRUPTCY COURT
                      FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                              PAGE    1

                                            )       CHAPTER 13
                                            ) CASE NO.       0330889
                                            )
 JOHN E KOCHEL                              )    DATE FILED: 07/22/2003
                                            ) DATE CONFIRMED:
 1638 YARNELL ROAD                          ) DATE CONCLUDED: 08/10/2004
 POTTSTOWN, PA   19464           DEBTOR (S) )
                                            )
-------------------------------------------)

                       CHAPTER 13 STANDING TRUSTEE'S
                              FINAL REPORT
                        NOT CONFIRMED(AND DISMISSED)

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
----------------------------------------  -------------------------------------
                                            Amount        Paid
 Claim Creditor's Name                      Allowed      to Date     Balance Due
----------------------------------------  -------------------------------------

 Unclassified
 001 MORTGAGE ELECTRONIC REGISTRATI           0.00         0.00          0.00
 002 NATIONAL BANK OF DE, NA                  0.00         0.00          0.00
 003 UPPER POTTSGROVE TAX COLLECTOR           0.00         0.00          0.00
                                                      -------------
                                                           0.00
 REFUND TO DEBTOR
 999 JOHN E KOCHEL                         6,602.72     6,602.72          0.00
                                                      -------------
                                                        6,602.72
 DEBTOR ATTORNEY
 000 LINDA K.  YERGER                         0.00         0.00          0.00
                                                      -------------
                                                           0.00

-------------------------------------------------------------------------------
    TOTAL RECEIPTS          DISBURSED         TRUSTEE FEES       CASH ON HAND
       7,115.00              6,602.72             512.28              0.00
-------------------------------------------------------------------------------
```

```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE EASTERN DISTRICT OF PA
IN THE MATTER OF:                                              PAGE    2

                                         )     CHAPTER 13
                                         ) CASE NO.      0330889
                                         )
JOHN E KOCHEL                            )     DATE FILED: 07/22/2003
                                         ) DATE CONFIRMED:
1638 YARNELL ROAD                        ) DATE CONCLUDED: 08/10/2004
POTTSTOWN, PA  19464         DEBTOR (S)  )
                                         )
------------------------------------------)
```

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT NOT CONFIRMED(AND DISMISSED)

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.

```
                         /s/ WILLIAM C MILLER
                         SUITE 583 – THE BOURSE BLDG
                         111 S INDEPENDENCE MALL E
                         PHILADELPHIA, PA  19106
```

PRINTED  08/10/04